UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN JOHNS, et al.,

      Plaintiffs,                      Case No. 1:18-cv-1302

v.                                          Hon. Janet T. Neff

WOLVERINE WORLD WIDE, INC., et al.,

      Defendants.
_____/

**ORDER**

      This matter is before the Court on Defendant The 3M Company's Pre-Motion Conference Request (ECF No. 16) to file a motion to dismiss and Plaintiffs' Supplemental Notice (ECF No. 24). The Court having reviewed the above filings: IT IS HEREBY ORDERED that Defendant's Pre-Motion Conference Request (ECF No. 16) is DENIED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that Plaintiffs shall file an amended complaint, if any, not later than October 2, 2019; Defendants shall file an answer and/or a renewed premotion conference request, if any, not later than October 16, 2019. IT IS FURTHER ORDERED that the October 16, 2019 status conference is CANCELLED.

      IT IS SO ORDERED.

Dated: September 17, 2019                /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          Janet T. Neff United States District Judge