# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BEVERLY ZIMMERMAN, et al., *on behalf of themselves and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> THE 3M COMPANY f/k/a Minnesota Mining and Manufacturing Co., et al., <br><br> Defendants. | Case No. 1:17-cv-1062 <br><br> HON. JANET T. NEFF |
| MEGAN JOHNS, et al., *on behalf of themselves and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> WOLVERINE WORLD WIDE, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-1302 <br><br> HON. JANET T. NEFF |
| SUSAN HENRY, *on behalf of themselves and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> WOLVERINE WORLD WIDE, INC., et al., <br><br> Defendants. | Case No. 1:19-cv-0379 <br><br> HON. JANET T. NEFF |

**[PROPOSED] ORDER TO AMEND CAPTION
FOR AMENDED CONSOLIDATED ACTION**

**WHEREFORE**, it is hereby **ORDERED** that Plaintiffs' Motion to Amend Caption for Amended Consolidated Action is **GRANTED**.

It is further **ORDERED** that the caption for the Amended Consolidated Action is hereby amended as follows:

*In Re:  Wolverine PFAS Contamination Class Action*, Case No. 17-cv-01062

**IT IS SO ORDERED.**

Dated:  February ___, 2020                     _____
                                                JANET T. NEFF
                                                United States District Judge